UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE COURTHOUSE

| | |
|---|---|
| PHYLIS JAMES,<br><br>    Plaintiff,<br><br>    v.<br><br>KR EQUITES, INC; BASEM ABDULNOUR dba LYONS MARKET; and Does 1 through 10, inclusive,<br><br>    Defendants.<br>_____<br><br>KR EQUITIES, INC., a California corporation<br><br>    Cross-Claimant,<br><br>    v.<br><br>BASEM ABDULNOUR dba LYONS MARKET, an individual; IBRAHIEM ABUSHAWISH, an individual; and BASSAM IRSHEID, an individual,<br><br>    Cross-Defendants.<br>_____ | Case No.  EDCV 07-910 VAP (JCRx)<br><br>JUDGMENT FOR CONSENT DECREE |

Plaintiff Phylis James and Defendant and Cross-Claimant, KR Equities, Inc., a California corporation, having stipulated and agreed to the issuance of a Consent

1

Decree by the Court, in order to save the time and expense of trial, agreed to the following:

## RECITALS

This Agreement is made with reference to the following facts:

A. Defendant and Cross-Claimant, KR Equities, Inc. owns and manages he improved real property located at 1690 West Florida Avenue, Hemet, California (the "***Property***").

B. Cross-Defendants Basem Abdulnour dba Lyons Market, an individual; Ibrahiem Abushawish, an individual; and Bassam Irsheid, an individual, own and operate Lyons Market, which is located on the Property by virtue of a lease between them and KR Equities, Inc.

C. Certain disputes and controversies (the "***Disputes***") have arisen between the parties hereto.

D. The Disputes include, but are not limited to, the claims, complaints, demands and causes of action set forth by Plaintiff in a civil action pending in the United States District Court, Central District of California, *James v. KR Equities Inc., et al.*, Case No. EDCV07-910 VAP (JCRx) (the "***Lawsuit***").

E. In the Lawsuit, Plaintiff claims, inter alia, that the Property's facilities do not comply with the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., the Unruh Act, Cal. Civil Code § 51 et seq., Cal. Civil Code § 54.1, et seq. and other statutes.  Defendants have denied and continue to deny these claims.  Cross-Defendants have made no appearance in the Lawsuit.

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUGED AS FOLLOWS:

1. **COMPLIANCE**: KR Equities, Inc. will cause improvements to be made to the Property in compliance with the Americans with Disabilities Act Architectural Guidelines for Buildings and Facilities ("***ADAAG***") within six (6) months of entry of this Stipulation and Consent Decree, as follows:

A. Provide the correct number of accessible handicapped parking space(s) that meet the requirements of the ADAAG;

B. Provide for van accessible handicapped parking space(s) that meet the requirements of the ADAAG;

C. Provide clearly demarcated van accessible access aisles that correspond with each van accessible handicapped parking space(s) in compliance with the ADAAG;

D. Provide clearly demarcated accessible handicapped access aisles that correspond with each handicapped parking space(s) in compliance with the ADAAG;

E. Provide access from the access aisles leading to an accessible route into the facility that meets the requirements of the ADAAG;

F. Provide ADA compliant accessible handicapped parking signage that correspond with handicapped accessible parking space(s);

G. Provide a demarcated path of travel through vehicular zones that meets the requirements of the ADAAG.

2. **DISMISSAL**: The remaining Defendants and Cross-Defendants shall be dismissed, without prejudice, as follows:

A. Defendant and Cross-Defendant BASEM ABDULNOUR dba LYONS MARKET, an individual;

B. Cross-Defendant IBRAHIEM ABUSHAWISH, an individual; and

C. Cross-Defendant BASSAM IRSHEID, an individual,

Dated: _July 15, 2008_____

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE